■ In the Matter of the Claim of LAUREN P. BRIGGS, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 9, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Garry, Rose, Egan Jr. and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.